# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK ERICHSEN, an individual; KRYSTAL ERICHSEN, an individual; Z.E., a minor, A.E. a minor by and through their guardian ad litem PAULINE CLAY HUNTER, <br><br>      Plaintiffs, <br><br> v. <br><br> COUNTY OF ORANGE; et al., <br><br>      Defendants. | CASE NO: LA CV14-2357-JAK (SSx) <br><br> **JUDGMENT** <br><br> <mark>**JS-6**</mark> |

On August 4, 2017, the Court GRANTED the motion for an order dismissing the action and/or for terminating sanctions filed by Defendants County of Orange, Orange County Social Services Agency, Michael Riley (Retired), Wallace Miller, Gary King, Curtis Vaughn, Jill Bright, Debbie Nita, Maureen Naganuma (collectively the "County Defendants"), the City of Tustin, Tustin Police Department, Scott Jordan (Retired), and Det. Ryan Coe (collectively the "City Defendants") [Dkts. 314, 315], joined by Defendants Orangewood Children's Foundation ("Orangewood") [Dkt. 325], Equity Residential ("Equity") [Dkt. 336], the Los Angeles Police Department ("LAPD") [Dkt. 358], the Law

Firm Defendants [Dkt. 359] and Tracy Vander Haden, Molly Murphy and the Tustin Unified School District (collectively the "School District Defendants") [Dkt. 369], and the motion to dismiss the amended complaint for violating court orders and for failure to prosecute filed by Defendants Linda M. O'Neil and Law Offices of Harold LaFlamme (collectively the "Law Firm Defendants") [Dkt. 326, 327], joined by Orangewood [Dkt. 466]. The Order dismissed the action with prejudice and awarded monetary sanctions in the amount of $7,500 against Plaintiffs and attorney Chandler Parker, in favor of the County/City Defendants;

On August 4, 2017, the Court DENIED Plaintiffs' motion for partial summary judgment [Dkts. 351, 355, 526];

On August 4, 2017, the Court GRANTED in their entirety the motions for summary judgment/partial summary judgment brought by the County Defendants [Dkt. 343, 344], the City Defendants [Dkt. 316], Defendant Orangewood [Dkt. 312, 388], Defendant Equity [Dkt. 329], Defendant LAPD [Dkt. 333, 379], the Law Firm Defendants [Dkt. 340], and the School District Defendants [Dkt. 319], and DISMISSED WITH PREJUDICE the entire action.

All claims having been adjudicated in favor of All Defendants,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiffs shall take nothing by way of their first amended complaint against Defendants. Said Defendants shall recover from Plaintiffs their costs of suit incurred in this proceeding, and this matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 23, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE